**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**PINE BLUFF DIVISION**

| | |
|---|---|
| KRISTINA QUARLES a/k/a Kristina Wright<br>ADC # 760441 | PLAINTIFF |
| V.          5:10CV00031 WRW | |
| HEARTLAND COMMUNITY BANK;<br>LUANN KENWARD, Loan Officer, Heartland<br>Commercial Bank; NOKA EMERSON,<br>President, Heartland Commercial Bank; and<br>CHRISTY KINARD, Teller, Heartland Commercial Bank | DEFENDANTS |

**JUDGMENT**

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case be DISMISSED with prejudice. Further, the Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal taken from this Judgment and the accompanying Order would not be taken in good faith.

DATED this 1st day of March, 2010.

/s/Wm. R. Wilson, Jr.
UNITED STATES DISTRICT JUDGE